■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEMESIO VASQUEZ, Appellant.—Judgment, Supreme court, New York County, rendered on October 8, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Sullivan, Lupiano and Ross, JJ.

■ PETER STUYVESANT REALTY Co., Respondent, v BLANCHE GOLDSTEIN, Appellant.—Order, Supreme Court, Appellate Term, First Department, entered on May 3, 1978, unanimously affirmed, without costs and without disbursements. The stay of the warrant of eviction is extended for 60 days from service of a copy of this order, with notice of entry. No opinion. Concur —Sandler, J. P., Sullivan, Lupiano, Silverman and Ross, JJ.

## (July 12, 1979)

■ AMERICAN HOME ASSURANCE COMPANY et al., Respondents, v FLUSHING SAVINGS BANK et al., Appellants.—Motion granted only to the extent of deleting the third sentence of the third paragraph of the first page of the opinion filed with the order of this court entered on May 17, 1979 (68 AD2d 170), and substituting therefor the following sentence: While the motion was pending, Sackman was requested by Parr Meadows to agree that Parr Meadows, its successors and assigns, would have undisturbed use of the sewage plant and that such use would not be disturbed by any foreclosure action, in order to facilitate negotiations for financing construction of the racetrack. Concur—Murphy, P. J., Kupferman, Lane and Markewich, JJ.

■ In the Matter of ALBERT MINTZER, for Reinstatement to the Bar of the State of New York.—Motion for reinstatement denied without prejudice to renewal upon showing of evidence of the same type and scope as that submitted by an original candidate for admission to the Bar that petitioner is fit to become a member of said Bar. Concur—Kupferman, J. P., Bloom, Markewich, Lupiano and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ESCOBAR, Appellant.—Motion for an order discontinuing defendant's appeal denied without prejudice to the filing of an application pursuant to *People v Saunders* (52 AD2d 833). Concur—Fein, J. P., Sandler, Bloom, Lane and Silverman, JJ.